May 4, 1953.

No. 566. Harrison, Collector of Internal Revenue, v. Bohnen, Executor, et al. Certiorari, 345 U. S. 903, to the United States Court of Appeals for the Seventh Circuit. Argued April 29, 1953. Decided May 4, 1953. *Per Curiam:* The judgment is affirmed by an equally divided Court. Mr. Justice Jackson took no part in the consideration or decision of this case. *Lee A. Jackson* argued the cause for petitioner. With him on the brief were *Acting Solicitor General Stern, Assistant*

*Attorney General Holland, Ellis N. Slack* and *Hilbert P. Zarky.* *George S. Stansell* argued the cause and filed a brief for respondents. 